# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 31, 2014

## NO. 03-14-00491-CV

**John Bryan Langdon, Appellant**

**v.**

**Leslie Mathison Gilbert, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
REVERSED AND REMANDED -- OPINION BY CHIEF JUSTICE JONES**

This is an appeal from the judgment signed by the trial court on July 28, 2014. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the trial court for further proceedings. The appellee shall pay all costs relating to this appeal, both in this Court and the court below.